THE NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Respondent, v. BLACK ROCK MILLING CORPORATION, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JAMES STEWART & COMPANY, INCORPORATED, Respondent, v. STATE OF NEW YORK, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARY D. MILLS, Personally and as Sole Administratrix, etc., of JOSEPH MILLS, Deceased, Respondent, v. LAZARE C. GIOMETTI, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ROSE M. SMITH, Respondent, v. ROCHESTER INTERURBAN BUS COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of CORNELIA A. MOSES and Others, Respondents, for a Peremptory Mandamus Order against THE BOARD OF EDUCATION OF THE CITY OF SYRACUSE, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EDWARD W. COON, Respondent, v. NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HARRY BERGER, Respondent, v. PHŒNIX BRIDGE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

REBECCA BERGER, Respondent, v. PHŒNIX BRIDGE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of ALBERT BECKLEY for an Award of Indemnity for the Pure-bred Holstein-Friesian Bull Royal King Consolation No. 46, and for an Order of Mandamus Directed to BERNE A. PYRKE, Commissioner of Farms and Markets of the State of New York.— Motion granted amending order of affirmance entered November 19, 1926.* Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARY DORIS KETCHAM, an Infant, by CLARA F. KETCHAM, Her Guardian ad Litem, Appellant, v. FRED B. WILBUR, as Executor, etc., of MARY B. HAND, Deceased, Respondent.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted, and question for review certified. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.